**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maurice B. QUARLES, JR., Defendant–Appellant.**

No. 12–7486.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2013.

Decided: May 24, 2013.

Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Michael Arlen Jagels, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice B. Quarles, Jr., appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Quarles*, No. 3:08–cr–00368–JAG–1 (E.D.Va. Aug. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*